# Exhibit 1

US007460520B2

(12) **United States Patent**
Cody et al.

(10) Patent No.: **US 7,460,520 B2**
(45) Date of Patent: **Dec. 2, 2008**

(54) **APPARATUS AND METHOD FOR USING MULTIPLE CALL CONTROLLERS OF VOICE-BAND CALLS**

(75) Inventors: **Timothy Cody**, Raleigh, NC (US); **Gregory Germain**, Cary, NC (US)

(73) Assignee: **Paradyne Corporation**, Largo, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1258 days.

(21) Appl. No.: **10/463,964**

(22) Filed: **Jun. 18, 2003**

(65) **Prior Publication Data**

US 2004/0095925 A1    May 20, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/427,804, filed on Nov. 20, 2002.

(51) **Int. Cl.**
*H04L 12/66* (2006.01)

(52) **U.S. Cl.** ..................................... **370/352**; 370/356

(58) **Field of Classification Search** ................. 370/352, 370/356, 395.1, 524, 401
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0176403 A1* | 11/2002 | Radian ........................ | 370/352 |
| 2003/0214971 A1* | 11/2003 | Sheldon et al. ............. | 370/467 |
| 2004/0042444 A1* | 3/2004 | Edmon et al. ............... | 370/352 |

* cited by examiner

*Primary Examiner*—William J Deane
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley LLP

(57) **ABSTRACT**

An apparatus for using multiple call controllers of voice-band calls is provided. The apparatus includes a first protocol endpoint, a second protocol endpoint, and a protocol adapter. The first protocol endpoint is configured to receive at least one first external message from a first call controller and to map the first external message to at least one corresponding first internal call control message. The second protocol endpoint is configured to receive at least one second external message from an integrated access device and to map the at least one second external message to at least one corresponding second internal call control message. The protocol adapter is configured to receive the first and the second internal messages and to route the first and the second internal messages to the appropriate one of the first and second endpoints.

**27 Claims, 19 Drawing Sheets**









FIG. 5



FIG. 6A

FIG. 6B



FIG. 7



FIG. 8



**FIG. 9A**



**FIG. 9B**



**FIG. 10A**



**FIG. 10B**



SOFTSWITCH 201
MGCP PEP 701C
BEARER CONN MGR 708
PROTOCOL ADAPTER 704
1101
NTFY(O:L/HD)
LINESTATUS(OFFHOOK)
902A
RQNT(DT,DTMAP)
906
CREATE_CONN(TS)
1102A
RETURN(CLID1)
EST_BEARER_REQ(CLID1)
907A
EST_BEARER_RES(OK)
ACK
1011A
906
CREATE_CONN(PVC)
1103A
RETURN(CLID2)
909
CONN_BPATH
RETURN(OK)
1105A
1104
EVENT(DIGITS)
1106
EVENT_NOTIFY(DIGITS)
NTFY(DIGITS)
REMOVE DTMF, MODIFY CONN
1107
DEL_DTMF
1108A
MOD_BEARER_REQ(CLID1)
1109
MOD_BPATH(BPID)
RETURN(OK)
1110A
MOD_BEARER_RES(OK)
CRCX(M:RXONLY)
GETLOCALRTPINFO
1111
1112
RETURN(LIPINFO)
1113
ADD_RTP
RETURN(OK)
1103
ACK(CONNID)

FIG. 11A



**FIG. 11B**



SOFTSWITCH 201A
MGCP PEP 701C
BEARER CONN MGR 708
PROTOCOL ADAPTER 704
MDCX(ID)
1114A
1115
GET_CONN(RTP)
RETURN(CP)
MOD_CONN(RTP)
1116
RETURN(OK)
1108B
MOD_BEARER_REQ(CLID1)
1109
MOD_BPATH
1118
1103B
ACK
MOD_BEARER_RES(OK)
RQNT(RINGBACK)
1119
ADD_CONN_PT(RTP)
1102B
RETURN(OK)
MOD_BEARER_REQ(CLID1)
1103C
1120
ACK
FOLLOW SAME STEPS AS ABOVE
1121
RQNT
DEL_CONN_PT(RTP)
1102C
RETURN(OK)
MOD_BEARER_REQ(CLID1)
1103D
ACK
FOLLOW SAME STEPS AS ABOVE
MDCX(ID,TXRX)
1116
MOD_CONN_PT(RTP)
1114B
RETURN(OK)
MOD_BEARER_REQ(CLID1)
ACK
1103E
FOLLOW SAME STEPS AS ABOVE
FULL BEARER CONNECTION

FIG. 11C



**FIG. 11D**



**FIG. 12A**



**FIG. 12B**



GR303 SWITCH 103B
GR303 PEP 801B
BEARER CONN MGR 808
PROTOCOL MAPPER 804
1001
SETUP
906
CREATE_CONN(TS)
1301
ABCD:ONHOOK
RETURN(CLID1)
1007A
EST_BEARER_REQ(CLID1)
ABCD:LOOPCUR
LINECONTROL (LOOPCUR)
1005
GET_BPATH
1004
RETURN(BPID)
1007A
907A
EST_BEARER_RES(OK)
CONNECT
1002
1006
CREATE_CONN(PVC)
RETURN(CLID2)
1014
CONN_BPATH
1302
ABCD:RINGON
1202A
LINESTATUS(RING)
ABCD:LOOPCUR
LINECONTROL(LOOPCUR)
1004
1007A
1002B
LINECONTROL(OFFHOOK)
ABCD:OFFHOOK
FULL BEARER CONNECTION

**FIG. 13A**



**FIG. 13B**



FIG. 14

US 7,460,520 B2

1

## APPARATUS AND METHOD FOR USING MULTIPLE CALL CONTROLLERS OF VOICE-BAND CALLS

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/427,804, filed Nov. 20, 2002, which is entirely incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention is generally related to telecommunications and, more particularly, to a system and method for supporting multiple central controllers of voice-band calls.

### BACKGROUND

In the past, circuit-switched networks were used to carry voice traffic from one subscriber to another, while separate packet-switched networks were used to carry data traffic. Two networks were used because the existing protocols and technology available for packet networks did not provide certain characteristics necessary for voice-band calls, such as low latency and deterministic quality of service. Improvements in packet network protocols and technology which address these deficiencies allow a new kind of packet network, sometimes called a "converged network," to carry both voice and data traffic.

The equipment that interfaces a converged packet network with a circuit-switched network is referred to as a "voice gateway," a "media gateway", or a "voice-over-packet gateway." The voice gateway interfaces with one or more call controllers on its trunk side, and with one or more integrated access devices (IADs) on its subscriber side. The IAD provides a link to the packet network and to the voice gateway for multiple subscribers. The call controller directs the voice gateway to make voice connections. In a circuit-switched network, call control is performed by a telephony switch, for example a Class 5 or a Class 4 switch. In a convergence packet-network, call control is performed by a "softswitch." Several different call control protocols are in use by different switches.

Migrating from the circuit-switched network to the converged network is an evolutionary process, so that for some period of time many customers will be reachable only through a circuit-switched network. Yet all customers expect the ability to call from one telephone to any other telephone, regardless of what type of network the originating and terminating telephones are located on. Therefore, converged networks will need to interface with circuit-switched networks as well as other converged networks. Thus a need exists for a voice gateway which can support multiple call control protocols and interface with different types of telephony switches and different types of softswitches, simultaneously.

### SUMMARY

The present invention provides an apparatus and method for using multiple call controllers of voice-band calls. Briefly described, in architecture, one embodiment of the apparatus, among others, comprises: a first protocol endpoint configured to receive at least one first external message from a first call controller and to map the first external message to at least one corresponding first internal call control message; a second protocol endpoint configured to receive at least one second

2

external message from an integrated access device (IAD) and to map the at least second one external message to at least one corresponding second internal call control message; and a protocol adapter configured to receive the first and the second internal message and to route the first and the second internal message to an appropriate one of the first and second endpoints.

The present invention can also be viewed as providing methods for supporting multiple call control protocols. In this regard, one embodiment of such a method, among others, can be broadly summarized by the following steps: receiving at least one first external message from a first call controller; mapping the first external message to at least one corresponding first internal call control message; receiving at least one second external message from an integrated access device (IAD); mapping the at least second one external message to at least one corresponding second internal call control message; and routing the first and the second internal message to an appropriate one of the first and second endpoints.

Other systems, methods, features, and advantages of the present invention will be or become apparent to one with skill in the art upon examination of the following drawings and detailed description. It is intended that all such additional systems, methods, features, and advantages be included within this description, be within the scope of the present invention, and be protected by the accompanying claims.

### DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a call processing scenario with a call between a telephony device and another telephony device on the Public Switched Telephone Network (PSTN), using a Class 5 switch as the call controller.

FIG. 2 is a block diagram of another call processing scenario with a call between a telephony device and another telephony device on the PSTN, using a Class 5 softswitch as the call controller.

FIG. 3 is a block diagram of yet another call processing scenario with a call between a telephony device and another telephony device on the Internet, using a Class 5 softswitch as the call controller.

FIG. 4 is a block diagram of another call processing scenario with a call between an Internet Protocol (IP) telephony device and another telephony device, using a Class 5 softswitch as the call controller.

FIG. 5 is a block diagram illustrating a converged network with multiple call controllers and multiple protocols.

FIG. 6A is a block diagram of an embodiment of the invention that supports both both packet and Time Division Multiplexed (TDM) interfaces.

FIG. 6B is a block diagram of another embodiment of the invention that supports multiple types of voice packets but not TDM.

FIG. 7 is an object diagram of one embodiment of the call control module from FIGS. 6A and 6B.

FIG. 8 is a diagram illustrating how one embodiment of the call control module supports multiple call controllers simultaneously.

FIGS. 9A & 9B are a sequence diagram of object interactions for an incoming call to a Class 5 switch using the European Standards Telecommunications Institute (ETSI) V5 protocol. The diagram illustrates the interactions between objects in one embodiment of the call control module.

FIGS. 10A & 10B are a sequence diagram of object interactions for an incoming call to a Class 5 switch using the General Requirements 303 (GR-303) protocol. The diagram

US 7,460,520 B2

3

illustrates the interactions between objects in one embodiment of the call control module.

FIGS. **11**A-D are a sequence diagram of object interactions for an incoming call to a Class 5 softswitch using the Media Gateway Control Protocol (MGCP) protocol. The diagram illustrates the interactions between objects in one embodiment of the call control module.

FIGS. **12**A & **13**B are a sequence diagram of object interactions for an outgoing call from a Class 5 switch using the V5 protocol. The diagram illustrates the interactions between objects in one embodiment of the call control module.

FIGS. **13**A & **13**B are a sequence diagram of object interactions for an outgoing call from a Class 5 switch using the GR-303 protocol. The diagram illustrates the interactions between objects in one embodiment of the call control module.

FIG. **14** illustrates a method for supporting multiple call control protocols simultaneously in a gateway that connects a local packet network (LPN) and a circuit-switched network.

DETAILED DESCRIPTION

In general, the present invention relates to a system and method for simultaneously interfacing with different types of call controllers in a voice gateway **101**. The call controllers may use different call control protocols. The voice gateway **101** adapts each of these different call control protocols to a common representation so that all can be interfaced simultaneously.

FIGS. **1**-**4** illustrate various embodiments of the voice gateway **101** interfacing with different call controllers to place and receive voice-band calls. For ease of illustration, FIGS. **1**-**4** each show one call scenario, with the endpoint telephony devices and/or the type of call controller varying from one figure to another. However, the voice gateway **101** is capable of handling all of these call scenarios simultaneously.

FIG. **1** is a block diagram illustrating voice gateway **101** handling a voice-band call between a telephony device **102**a and another telephony device (not shown) on the Public Switched Telephone Network (PSTN) **108**, using Class 5 switch **103** as the call controller. Telephony device **102**a communicates with voice gateway **101** over Local Packet Network (LPN) **104**, with Integrated Access Device (IAD) **105** converting analog voice signals to voice packets, and vice-versa.

Class 5 (C5) switch **103** uses a master/slave model for call control: Class 5 switch **103** is the master; the voice gateway **101** is the slave which controls telephony device **102**a under the direction of the master. In this example, General Requirements 303 (GR-303) is used as the call control protocol, though other Class 5 protocols such as European Telecommunications Standards Institute V5 (V.5) or Integrated Services Digital Network (ISDN) could be used.

Class 5 switch **103** exchanges GR-303 protocol messages with voice gateway **101** over call control path **106**. The GR-303 protocol logically separates call control from voice traffic, but both use the same physical interface. Therefore, voice-band traffic also travels between Class 5 switch **103** and voice gateway **101**, over GR-303 trunks **107**. From Class 5 switch **103**, the voice traffic goes to the PSTN **108** over intermachine (IMT) trunks **109**.

Class 5 switch **103** uses GR-303 call control messages to direct the voice gateway **101** to set up a call, to connect the originating and terminating sides, and to tear down the call. In this example, Class 5 switch **103** sends a GR-303 call control message directing the voice gateway **101** to connect trunk **1** to

4

line **2**. Voice gateway **101** acts on the message, as is shown by voice path **110** connecting trunk **1** and line **2**.

Voice gateway **101** also converts the GR-303 call control messages into signaling messages which are communicated to IAD **105** over logical signaling path **111**. IAD **105** acts on the signaling messages by setting up the voice path **112** connecting trunk **2** and line **3**. IAD **105** also communicates the signaling to and from telephony device **102**a, such as ringing, on-hook, off-hook, etc.

This example shows a voice-band path established between telephony device **102**a and Class 5 switch **103**. Once this voice-band path is established, Class 5 switch **103** performs its "Class 5" functions: providing dialtone, collecting digits, and routing the voice-band path through the PSTN **108** to another Class 5 switch **103**.

The other telephony device involved in the voice-band call could be anywhere on the PSTN **108**. In this configuration, a voice-band call between telephony device **102**a and telephony device **102**b, both attached to IAD **105**, would still require the voice-band path to go through the Class 5 switch **103**.

FIG. **2** is a block diagram illustrating voice gateway **101** handling a voice-band call between a telephony device **102**a and another telephony device (not shown) on the PSTN **108**, using Class 5 softswitch **201** as the call controller. As in FIG. **1**, telephony device **102**a communicates with voice gateway **101** over LPN **104**, with IAD **105** converting analog voice signals to voice packets, and vice-versa.

Like Class 5 switch **103**, Class 5 softswitch **201** also uses a master/slave model for call control, with slave voice gateway **101** controlling telephony device **102**a under the direction of master Class 5 softswitch **201**. However, Class 5 softswitch **201** uses a different type of call control protocol than a classic telephony switch. In this example, Media Gateway Control Protocol (MGCP) is used as the call control protocol, although another softswitch protocol such as H.248 or Session Initiation Protocol (SIP) could be used.

Class 5 softswitch **201** exchanges MGCP protocol messages with voice gateway **101** through LPN **104** over logical call control path **202**. (There is usually no direct physical link between Class 5 softswitch **201** and voice gateway **101**. Instead, both have a physical link to LPN **104**.) A softswitch, unlike a classic telephony switch, allows separation of call control messages and voice traffic at the physical level. Voice traffic between voice gateway **101** and PSTN **108** travels over IMT trunks **109**.

Class 5 softswitch **201** uses MGCP call control messages to direct the voice gateway **101** to set up the call, to connect the originating and terminating sides, and to tear down the call. In addition to acting as call controller, Class 5 softswitch **201** also performs "Class 5" functions by directing voice gateway **101** to play dialtone, collect digits, etc. Softswitch protocols such as MGCP and H.248 therefore support a rich set of status and control messages between the switch and the gateway. In contrast, a classic call control protocol such as GR-303 needs only a limited set (off-hook, on-hook, ring, etc.) since the Class 5 switch **103** (not the voice gateway **101**) plays dialtone, collects digits, etc., over the voice-band path that was connected by the voice gateway **101**.

Class 5 softswitch **201** acts as a local switch and therefore needs to exchange signaling messages with the remote Class 5 switch. However, IMT trunks **109** carry only voice. Class 5 softswitch **201** uses the Signaling System 7 (SS7) network **203** for signaling, so Class 5 softswitch **201** has a A-link connection **204** to the SS7 network **203**.

In this example call setup, Class 5 softswitch **201** sends a call control message directing voice gateway **101** to connect

US 7,460,520 B2

5

trunk **1** to line **2**. Voice gateway **101** acts on the message to set up voice voice path **110** connecting trunk **1** and line **2**. Voice gateway **101** may perform packet conversion if the two sides of the call use different protocols. (Packet conversion will be discussed in more detail below.)

Voice gateway **101** also converts the MGCP call control messages into signaling messages which are communicated to IAD **105** over logical signaling path **111**. IAD **105** acts on the signaling messages, as is shown by voice path **112** connecting trunk **2** and line **3**. IAD **105** also communicates the signaling to telephony device **102***a*, such as ringing, on-hook, off-hook, etc.

FIG. **3** is a block diagram illustrating voice gateway **105** handling a voice-band call between a telephony device **102***a* and another telephony device (not shown) on the Internet **301**, using Class 5 softswitch **201** as the call controller. Telephony device **102***a* communicates with voice gateway **101** over LPN **104**, with IAD **105** converting analog voice signals to voice packets, and vice-versa.

As in FIG. **2**, Class 5 softswitch **201** exchanges MGCP protocol messages with voice gateway **101** through LPN **104** over logical call control path **202**. Voice traffic in FIG. **3** between voice gateway **101** and Internet **301** travels over link **302**, which uses Internet Protocol (IP) as its transport protocol.

Class 5 softswitch **201** uses MGCP call control messages to direct the voice gateway **101** to set up the call, to connect the originating and terminating sides, and to tear down the call. In addition to acting as call controller, Class 5 softswitch **201** also performs Class 5 functions by directing voice gateway **101** to play dialtone, collect digits, etc. Class 5 softswitch **201** uses A-link connection **204** to SS7 network **203** to exchange signaling messages with the remote Class 5 switch.

In this example call setup, Class 5 softswitch **201** sends a call control message directing voice gateway **101** to connect trunk **1** to line **2**. Voice gateway **101** acts on the message to set up voice voice path **110** connecting trunk **1** and line **2**. Voice gateway **101** may perform packet conversion if the two sides of the call use different protocols.

Voice gateway **101** also converts the MGCP call control messages into signaling messages which are communicated to IAD **105** over logical signaling path **111**. IAD **105** acts on the signaling messages, as is shown by voice path **112** connecting trunk **2** and line **3**. IAD **105** also communicates the signaling to telephony device **102***a*, such as ringing, on-hook, off-hook, etc.

FIG. **4** is a block diagram illustrating voice gateway **101** handling a voice-band call between IP phone **401** and telephony device **102***a*, using a Class 5 softswitch as the call controller, and Session Initiation Protocol (SIP) as the call control protocol. The call control model used by SIP is client-server rather than master-slave. Instead of a master call controller directing a slave to control devices, in the SIP model client devices such as IP phone **401** communicate with other client devices. Though SIP clients can communicate directly with each other to set up voice-band calls, it is more common for them to communicate through a server which acts as an intermediary. However, once the voice-band call is set up, the voice traffic travels between SIP clients without involving the server.

IP phone **401** is a SIP client, connected to LPN **104** through IP switch/router **402**. SIP softswitch **403** is a SIP server. However, telephony device **102***a* does not support SIP, so voice gateway **101** acts as a SIP client on behalf of telephony device **102***a*. Neither SIP softswitch **403** nor IP phone **401** is aware of the existence of telephony device **102***a*.

6

Acting on requests from SIP client IP phone **401**, SIP softswitch **403** exchanges SIP call control messages with voice gateway **101** over logical call control path **202**. SIP softswitch **403** directs the voice gateway **101** to set up a call, to connect the originating and terminating sides, and to tear down the call. In this example, SIP softswitch **403** sends a call control message directing voice gateway **101**, acting as SIP client, to establish an Voice-over-IP (VoIP) connection with IP phone **401**. Voice gateway **101** acts on the message, as is shown by voice path **404** connecting trunk **2** and line **2**. As in FIGS. **2** and **3**, the call control messages and the voice traffic are physically separate, so that voice traffic does not travel through SIP softswitch **403**.

Because telephony device **102***a* doesn't support SIP or VoIP, the VoIP connection terminates with voice gateway **101**, Therefore, when voice gateway **101** establishes a VoIP connection with IP phone **401** in response to the request from SIP softswitch **403**, voice gateway **101** also establishes a voice path to telephony device **102***a* via IAD **105**. This involves sending signaling messages to IAD **105**. IAD **105** acts on the signaling messages, as is shown by voice path **112** connecting trunk **2** and line **3**, and also communicates signaling to telephony device **102***a*, such as ringing, on-hook, off-hook, etc.

FIGS. **1-4** illustrate how voice-band calls are connected by voice gateway **101** through the packet and/or circuit-switched network, with each figure showing a voice-band call controlled by a different type of call controller. FIG. **5** is a block diagram illustrating a converged network **500** with multiple call controllers and multiple protocols. FIG. **5** focuses on the protocols used by various network elements, showing that voice gateway **101** is capable of supporting many different protocols, at many different layers, simultaneously. FIG. **5** does not show particular call paths. Thus, although each endpoint telephony device **501***a-d*, **502***a-c*, **504***a-c* in FIG. **5** can place and receive calls to each other endpoint telephony device, as well as to endpoint telephony devices on the PSTN and on the Internet, the path which these calls would take is not shown.

FIG. **5** shows several types of example endpoint telephony devices. Examples of analog telephony devices using the 0-4 kHz band, also known as Plain Old Telephone Service (POTS) devices, are: analog telephones **501***a* and **501***d*; analog fax machine **501***b*; and analog modem **501***c*. Digital telephony devices are represented by private branch exchange (PBX) telephones **502***a*, **502***b* and ISDN telephone **502***c*.

Each of these endpoint telephony devices relies on IAD **105** to convert voice signals (analog) or voice samples (digital) to voice packets for transport over LPN **104**. Multiple IADs are shown. IAD **105***a* provides analog voice conversion to/from analog telephone devices **501***a*, **501***b*, **501***c*. IAD **105***b* provides digital voice conversion to/from PBX telephones **502***a* and **502***b* (coming through PBX **503**) and from ISDN telephone **502***c*. IAD **105***c* provides analog voice conversion to/from analog telephone device **501***d*.

In contrast, the IP telephony devices **504***a* and **504***b* connect to LPN **104** through IP switch/router **402** rather than IAD **105**. No IAD **105** is needed because IP telephony devices **504***a*, **504***b* transmit and receive voice packets using a suite of VoIP protocols such as SIP and Real Time Protocol (RTP). Examples of IP telephony devices include standalone IP phone **504***a* and a personal computer-based IP phone **504***b*.

IAD **105***c* connects directly to LPN **104**, but IADs **105***a*, **105***b* do not. IADs **105***a*, **105***b* connect over digital subscriber loop (DSL) links **505***a* and **505***b* to an access multiplexer **506** which aggregates traffic from multiple IADs **105** before connection to LPN **104**. Communications links **505***a*, **505***b* between IAD **105***a*, **105***b* and access multiplexer **506** use

US 7,460,520 B2

7

some form of voice over digital subscriber loop (VoDSL) to transport the voice over DSL.. Although DSL is shown in this example, any digital transmission medium capable of carrying traffic from multiple subscribers simultaneously could be used. Alternative implementations could include broadband cable, or wireless local area networks such as those based on the Institute of Electrical and Electronic Engineers (IEEE) 802.11 standard.

IADs 105*a-c* may use various packet protocols on top of the physical/framing layer, for example, asynchronous transfer mode (ATM) or IP. ATM is well suited for voice traffic since it uses small, fixed-length cells which can be efficiently switched through the network (minimizing delay), and it provides many quality of service features. IP is another packet protocol often used for carrying voice. In its original form, IP was not well suited for voice traffic: it used variable rather than fixed-length packets; it was routed rather than switched; and it offered no quality of service features. However, many additions and extensions to IP, such as multi-protocol label switching (MPLS), resource reservation setup protocol (RSVP) and differentiated services (Diffserv), make today's IP suitable for voice traffic.

There are many different standards for carrying voice over a specific packet protocol. When ATM is used as the packet protocol, Voice Trunking using ATM Adaptation Layer 2 (AAL2), Loop Emulation Services using AAL2 and Circuit Emulation Services (CES) are common standards which specify how voice is coded and packaged into ATM cells. When ATM is the packet protocol and the voice coding standard isn't specified, the generic term Voice over ATM (VoATM) is used.

In this example, LPN 104 uses IP as the packet protocol and RTP to specify how voice is coded and packaged into the IP packets. RTP is one of a suite of protocols which are together referred to as VoIP. Other protocols in the VoIP suite include SIP, used to set up voice connections (i.e., call control), and session description protocol (SDP), used to describe the capabilities of each side of the connection.

IP and ATM can also be used in combination, a variation commonly referred to as IP over ATM" In that case (not shown), RTP may be used to carry voice over IP, IP is carried over ATM.

The remaining network elements in FIG. 5 were already discussed with reference to FIGS. 1-4. Class 5 softswitch 201 and Class 4 softswitch 507 are both connected to LPN 104. In this example, the two softswitches use different call control protocols, SIP and MGCP. In this example, voice gateway 101 communicates with several other entities using different protocols over a single physical link 508. Therefore, link 508 carries several different protocols, for example, MGCP, SIP, VoATM and RTP. Class 5 switch 103 is connected to voice gateway 101 by GR-303 trunks 107. Class 5 switch 103 has multiple connections to PSTN 108, since voice and signaling are separate. Trunks 109 carry voice traffic to PSTN 108 while A-link connection 204 carries signaling messages to the SS7 network 203.

These protocols and standards are merely examples of packet protocols which are commonly used to carry voice. The present invention supports the use of different packet protocols and voice coding standards, and is not dependent on the use of those protocols described here. Furthermore, the invention supports the simultaneous use of multiple packet protocols and voice coding standards.

FIG. 6A is a block diagram of a voice gateway 101*a* which supports both packet and TDM interfaces. Voice gateway 101*a* includes packet network interface 601; TDM interface 602; call control module 603; and conversion module 604.

8

During a voice-band call, voice gateway 101*a* operates to cross-connect two voice streams under the direction of a call controller, while also providing any necessary conversion required. Voice packets entering voice gateway 101*a* may be carried in a timeslot or may be encapsulated in many different kinds of packets. In addition, a specific packet protocol may itself allow many different kinds of voice coding. Conversion may thus be required at the packet or timeslot level and at the voice coding level.

Voice packets and call control packets enter/exit voice gateway 101*a* through packet network interface 601 for transport to/from LPN 104. Voice gateway 101*a* also has a TDM interface 602, which transports timeslots carrying voice and call control to/from Class 5 switch 103. Incoming packets or timeslots which contain call control messages are sent over links 605 and 606 to call control module 603. Call control module 603 then: acts on the information; generates a call control message and transmits it to the sender (through either packet network interface 601 or TDM interface 602); generates a call control message and transmits it to the other side of the connection (through either packet network interface 601 or TDM interface 602); or any combination of these.

Voice packets and timeslots are handled as follows. Incoming voice packets from packet network interface 601 are sent over links 607 to conversion module 604. Conversion module 604 performs whatever coding conversion is required between the two sides of the connection, stuffs the newly coded voice payload into the appropriate timeslot, and sends the newly coded timeslot over link 608 for transmission by TDM interface 602. In the reverse direction, incoming voice timeslots from TDM interface 602 are sent over link 608 to conversion module 604. Conversion module 604 performs whatever coding conversion is required between the two sides of the connection, creates a packet to encapsulate the newly coded voice payload, and sends the newly coded packet over link 607 for transmission by packet network interface 601.

As an example, the call controller may direct voice gateway 101*a* to cross-connect a stream of voice carried in a particular timeslot with a stream of VoATM packets. In that case, conversion module 604 transcodes the voice payload carried in the particular timeslot from G.711-law to the particular code used by the VoATM stream, for example G.726. Conversion module 604 then stuffs the newly coded voice payload into ATM packets according to the whatever VoATM standard is in use (Voice Trunking over AAL2, CES, etc.).

FIG. 6B is a block diagram of another voice gateway 101*b* which supports multiple types of voice packets but not TDM. Voice gateway 101 includes packet network interface 601, call control module 603, and conversion module 604. In this configuration, voice may be encapsulated in different kinds of packets (e.g. ATM or IP), each with different kinds of voice coding. Conversion may thus be required at the packet level and at the voice coding level.

This embodiment works similarly to the embodiment in FIG. 6A, except that there is no TDM interface. Instead, two different streams of packets enter through packet network interface 601, through links 608 and 609. As before, packets containing signaling information are acted on by call control module 603, while conversion module 604 performs whatever conversion is needed on the voice packets.

As an example, the call controller may direct voice gateway 101*b* to cross-connect a stream of VoATM packets with a stream of RTP packets. In that case, conversion module 604 transcodes the voice payload carried in the VoATM packet from G.726 to G.729. Conversion module 604 then creates an RTP packet to encapsulate the newly coded voice payload.

US 7,460,520 B2

9

Many other variations of packet and timeslot conversion are possible, and the above are intended only as examples. Conversion module **604** may be implemented as a single module which handles many different types of conversions, or as multiple modules, each performing a specific conversion type.

For ease of illustration, only TDM-packet conversion was discussed with reference to FIG. **6**A and only packet-packet conversion was discussed with reference to FIG. **6**B. However, the voice gateway **101**a shown in FIG. **6**A can also perform conversions between multiple packet types as discussed with reference to FIG. **6**B.

FIG. **7** is an object diagram of the call control module **603** from FIGS. **6**A & **6**B. Protocol Endpoint (PEP) **701** and Protocol Endpoint **702** represent unique call processing entities, corresponding to a particular port on either an IAD **105** or a call controller. For example, if the voice gateway **101** is in communication with two IADs **105** and a Class 5 switch **103**, Protocol Endpoint **701** may correspond to port **3** on one of the IADs **105**, and Protocol Endpoint **702** may correspond to the GR-303 interface on the Class 5 switch **103**. The call control module **603** performs call control by receiving and processing call control messages from these interfaces at Protocol Endpoints **701**, **702**, and by routing call control messages between Protocol Endpoints **701**, **702**.

Protocol Endpoints **701**, **702** handle two different types of messages. External messages (not shown) are received from either the IAD **105** or the call controller, and are protocol-specific. For example, the IAD **105** supports one set of external messages, a GR-303 interface supports another, and a MGCP interface supports yet another. All Protocol Endpoints **701**, **702** support the same set of internal messages **703**. Each Protocol Endpoint **701**, **702** maps each external (protocol-specific) message to an appropriate internal message **703**a-f for communication with another endpoint. Internal messages **703**a-f include: LINESTATUS, LINECONTROL, EST_BEARER_REQ, EST_BEARER_RES, REL_BEARER_REQ, and REL_BEARER_RES. (These internal messages are discussed in more detail with reference to FIGS. **9**-**12**.)

Protocol Endpoint **701** and Protocol Endpoint **702** do not exchange internal messages **703** directly. Rather, Protocol Adapter **704** operates to route messages between the two, allowing them to exchange internal messages **703** indirectly. This indirect linkage (shown by links **705** and **706**) allows Protocol Endpoint **701** and Protocol Endpoint **702** each to be aware that it is communicating with another endpoint, but not specifically which one. The correspondence between Protocol Endpoint **702** and Protocol Endpoint **701** is established when the Provisioning object **707** uses the services of Protocol Adapter **704** (shown by link **707**a) to map a pair of endpoints together.

In some embodiments, the Protocol Endpoint **702** implements all protocol-specific call processing, for example, through the use of protocol-specific state machines. In other embodiments, a collection of Protocol Endpoints of the same protocol type (e.g. GR-303, V5, MGCP, etc.) may be managed by a separate Protocol Provider object (not shown), and this separate object may implement some protocol-specific call processing which is common to all of the managed Protocol Endpoints.

Other objects provide additional services used by Protocol Adapter **704** and Protocol Endpoints **701**, **702**. Bearer Connection Manager **708** (Bearer Conn Mgr) provides services **708**a-g to manage bearer connections, each of which consists of two connection points. These services **708**a-g allow for creating (CREATE_CONN) and destroying (DESTROY_

10

CONN) a bearer connection, connecting (CONN_BPATH) and disconnecting (DISC_BPATH) the two connection points in a bearer connection, adding (ADD_CONN_PT) and deleting (DEL_CONN_PT) a connection point, and modifying of the characteristics of a bearer connection (MOD_CONN_PT). These services **708**a-g are used by Protocol Endpoints **701**, **702**, as shown by links **701**a and **702**a.

Call Segment **709** handles all bearer-related call control messages, and connects/disconnects the bearer path when appropriate, as shown by link Call Segment **709**a. Call Segment **709** also provides a service **709**b (PROCESS_MSG) to process bearer-related call processing messages. This service **709**b is used by Protocol Adapter **704**, as shown by link **704**a.

FIG. **8** illustrates how call control module **603** supports multiple call controllers simultaneously through the use of multiple Protocol Endpoints. On the trunk side, call control module **603** in voice gateway **101** receives call control messages from several call controllers: Class 5 switch **103**, softswitch **201**, SIP softswitch **403**. On the subscriber side, call control module **603** interfaces with two different IADs, **105**a and **105**b. As discussed with reference to FIG. **7**, call control module **603** contains several software components, including Protocol Adapter **704** and one or more pairs of Protocol Endpoints **701**, **702**, with each endpoint corresponding to a port on either a switch or an IAD. In this example, Protocol Adapter **704** routes between four different pairs of Protocol Endpoints: **801**a-d and **802**a-d.

Class 5 switch **103** has two ports, **801**a and **801**b, in communication with call control module **603**. Each communicates with a corresponding Protocol Endpoint in call control module **603**: port **801**a communicates with GR-303 Protocol Endpoint **701**a; port **801**b communicates with GR-303 Protocol Endpoint **701**b. Protocol Adapter **704** routes messages between GR-303 Protocol Endpoints **701**a, **701**b and IAD Protocol Endpoints **702**a, **702**b. IAD Protocol Endpoints **702**a and **702**b in turn communicate with ports **802**a and **802**b on IAD **105**a.

MGCP Softswitch **201** has a single port, **803**, in communication with MGCP Protocol Endpoint **701**c in call control module **603**. Protocol Adapter **704** routes messages between MGCP Protocol Endpoint **701**c and IAD Protocol Endpoint **702**c. IAD Protocol Endpoint **702**c communicates with a third port, **802**c, on IAD **105**a.

SIP softswitch **403** has a single port, **804**, in communication with SIP Protocol Endpoint **701**d in call control module **603**. Protocol Adapter **704** routes messages between SIP Protocol Endpoint **701**d and IAD Protocol Endpoint **702**d. In this case, IAD Protocol Endpoint **702**d communicates with a port, **802**d, on a different IAD **105**b.

FIG. **8** thus illustrates two different aspects of the invention. First, Protocol Endpoints **701**, **702** in the call control module **603** allow the same IAD **105**a to handle calls from multiple call controllers (Class 5 switch **103**, and softswitch **201**, and SIP softswitch **403**). Second, Protocol Endpoints **701**, **702** support multiple IADs **105** as well as multiple call controllers. The abstraction provided by Protocol Endpoints **701**, **702** allows calls to be placed between any combination of call controllers and IADs **105**.

FIGS. **9**-**13** are sequence diagrams illustrating interactions within call control module **603** during various call scenarios involving different types of call controllers. These figures show that the software architecture of the call control module **603**, which encapsulates protocol-specific details in Protocol Endpoint **701** and Protocol Endpoint **702**, allow many of the object interactions to be similar even though the direction of the call and the type of call controller varies. The object interactions required to establish a bearer connection between

US 7,460,520 B2

11

the two Protocol Endpoints is similar in each diagram because the two endpoints use a internal message set to establish the connection. In contrast, protocol-specific actions are limited to the interaction between a Protocol Endpoint and its external controller. In each of these diagrams, Protocol Endpoint **702** corresponds to the IAD Protocol Endpoint, while Protocol Endpoint **701** corresponds to the call controller Protocol Endpoint.

FIGS. **9**A & B, viewed together, illustrate the interactions within call control module **603** during an outgoing call from the IAD **105** to a Class 5 switch **103***a* using V5 as the call control protocol. The incoming call begins in FIG. **9**B when the subscriber telephony device **102***a* goes offhook. IAD **105** reports this by sending a Notify (Offhook) message **901** to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the Notify (Offhook) message **901**, which is specific to the IAD protocol, to a LineStatus (Offhook) message **902***a*, which is one of the internal messages, and passes it on to the Protocol Adapter **704**. Protocol Adapter **704** passes the message on, as LineStatus (Offhook) message **902***b*, to peer V5 Protocol Endpoint **701***a*. V5 Protocol Endpoint **701***a* acts on the LineStatus (Offhook) message **902***b* by mapping it to a PSTN_EST message **903**, which is specific to the V5 protocol, and sending the PSTN_EST message **903** to switch **103***a*. Switch **103***a* responds with a protocol-specific PSTN_EST_ACK message **904**, followed by a BCC_ALLOC message **905** which indicates which timeslot should be connected to the subscriber port that is managed by the peer protocol endpoint.

V5 Protocol Endpoint **701***a* acts on the BCC_ALLOC message **905** by calling function Create_Conn **906** in BearerConnectionMgr **708** to create a connection identifier corresponding to the timeslot. V5 Protocol Endpoint **701***a* next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Req message **907***a* to Protocol Adapter **704**, including the connection identifier. Protocol Adapter **704** acts on the bearer request by calling function Process_Msg **908** in Call Segment **709** to process the Est_Bearer_Req message **907***a*. Call Segment **709** acts on the message by using function Create_BPath **909** in BearerConnectionMgr **708** to create a bearer path between V5 Protocol Endpoint **701***a* and IAD Protocol Endpoint **702**.

Call Segment **709** finishes processing of the Est_Bearer_Req message **907***a* by forwarding the message on to IAD Protocol Endpoint **702**, as Est_Bearer_Req message **907***b*. IAD Protocol Endpoint **702** maps this internal message to the IAD-specific message SETUP_OUT **910**, and sends SETUP_OUT **910** on to IAD **105**. After forwarding the Est_Bearer_Req message **907***b*, Call Segment **709** returns to Protocol Adapter **704**.

Protocol Adapter **704** notifies V5 Protocol Endpoint **701** that its bearer request has been completed by sending a Est_Bearer_Res message **911***a*. V5 Protocol Endpoint **701** then maps this internal message to the V5-specific message BCC_ALLOC_COMP **912**, and sends BCC_ALLOC_COMP **912** to switch **103***a*, informing switch **103***a* that the timeslot has been allocated for the offhook subscriber's port.

IAD Protocol Endpoint **702** receives a SETUP_ACK **913** from IAD **105** in response to the SETUP_OUT **910** message. IAD Protocol Endpoint **702** acts on the message SETUP_ACK **913** by calling function Create_Conn **906** in BearerConnectionMgr **708** to create a connection identifier corresponding to the virtual circuit in use by the offhook subscriber. IAD Protocol Endpoint **702** finishes setting up its half of the bearer connection by sending an Est_Bearer_Res message **911***b* to Protocol Adapter **704**, including the connec-

12

tion identifier. Protocol Adapter **704** acts on the bearer response by calling the function Process_Msg **908** in Call Segment **709**.

In the last step in connecting the incoming call from IAD **105**, Call Segment **709** acts on the bearer response message by calling function Connect_BPath **914** using BearerConnectionMgr **708** to connect the bearer path between the two connection ids. The call control module **603** has now connected the particular timeslot coming through the V5 TDM interface **602** from switch **103***a*, to the virtual circuit coming through the packet network interface **601** from IAD **105**. The Class 5 switch **103***a* will now perform its "Class 5" functions by playing dialtone over the connection, receiving digits, and acting on the digits to route the call to another Class 5 switch **103**.

FIGS. **10**A & B, viewed together, illustrate the interactions within call control module **603** during an outgoing call from the IAD **105** to a Class 5 switch **103***b* using GR-303 as the call control protocol. The incoming call begins in FIG. **10**B when the subscriber telephony device **102***a* goes offhook. IAD **105** reports this by sending a Notify (Offhook) message **901** to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the Notify (Offhook) message **901**, which is specific to the IAD protocol, to a LineStatus (Offhook) message **902**, which is one of the internal messages **703**, and passes it on to the Protocol Adapter **704**. Protocol Adapter **704** passes the message on, as LineStatus (Offhook) message **902***b*, to peer GR303 Protocol Endpoint **701***b*. GR303 Protocol Endpoint **701***b* acts on the LineStatus (Offhook) message **902***b* by mapping it to a SETUP message **1001**, which is specific to the GR303 protocol, and sending the SETUP message **1001** to switch **103***b*. Switch **103***b* responds with a protocol-specific CONNECT message **1002** which indicates which timeslot should be connected to the subscriber port that is managed by the peer protocol endpoint.

GR303 Protocol Endpoint **701***b* acts on the CONNECT message **1002** by calling function Create_Conn **906** in BearerConnectionMgr **708** to create a connection identifier corresponding to the timeslot. GR303 Protocol Endpoint **701***b* next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Req message **907***a* to Protocol Adapter **704**, including the connection identifier. GR303 Protocol Endpoint **701***b* also sends the protocol-specific ABCD:Offhook message **1003** to Switch **103***b*. Switch **103***b* responds by sending ABCD:LoopCur message **1004** to GR303 Protocol Endpoint **701***b*. GR303 Protocol Endpoint **701***b* doesn't act on this message yet, but waits until its outstanding bearer request to Protocol Adapter **704** is complete.

Protocol Adapter **704** acts on the bearer request by calling function Process_Msg **908** in Call Segment **709** to process the Est_Bearer_Req message **907***a*. Call Segment **709** acts on the message by using function Get_BPath **1005** in BearerConnectionMgr **708** to retrieve the identifier of the bearer path between GR303 Protocol Endpoint **701***b* and IAD Protocol Endpoint **702**.

Call Segment **709** finishes processing of the Est_Bearer_Req message **907***a* by forwarding the message on to IAD Protocol Endpoint **702**, as Est_Bearer_Req message **907***b*. IAD Protocol Endpoint **702** maps internal message to the TAD-specific message SETUP_OUT **915**, and sends SETUP_OUT **910** on to IAD **105**. After forwarding the Est_Bearer_Req message **907***b*, Call Segment **709** returns to Protocol Adapter **704**.

Protocol Adapter **704** notifies GR303 Protocol Endpoint **701***b* that its bearer request has been completed by sending a Est_Bearer_Res message **911***a*. GR303 Protocol Endpoint

US 7,460,520 B2

13                                                              14

**701***b* then maps this internal message to the GR303-specific message CONNECT_ACK **1006**, and sends CONNECT_ACK **1006** to switch **103***b*, informing switch **103***b* that the timeslot has been allocated for the offhook subscriber's port.

Protocol Adapter **704** also acts on the cached ABCD: LoopCur message **1004** by mapping it to the internal message LineControl(LoopCurr) **1007***a* and sending the LineControl (LoopCurr) **1007***a* message to the Protocol Adapter **704**. Protocol Adapter **704** forwards the message, as LineControl (LoopCurr) **1007***b*, on to peer IAD Protocol Endpoint **702**. However, IAD Protocol Endpoint **702** doesn't send the Line-Control(LoopCurr) **1007***b* on to IAD **105** until after a SETUP_ACK **913** is received in response to the SETUP_OUT **910**.

IAD Protocol Endpoint **702** receives a SETUP_ACK **913** from IAD **105** in response to the SETUP_OUT **910** message. IAD Protocol Endpoint **702** acts on the message SETUP_ACK **913** by calling function Create_Conn **906** in BearerConnectionMgr **708** to create a connection identifier corresponding to the virtual circuit in use by the offhook subscriber. IAD Protocol Endpoint **702** finishes setting up its half of the bearer connection by sending an Est_Bearer_Res message **911***b* to Protocol Adapter **704**, including the connection identifier. Protocol Adapter **704** acts on the bearer response by calling the function Process_Msg **908** in Call Segment **709**.

In the last step in connecting the incoming call from IAD **105**, Call Segment **709** acts on the bearer response message by calling function Connect_BPath **914** in BearerConnectionMgr **708** to connect the bearer path between the two connection identifiers. The call control module **603** has now connected the particular timeslot coming through the GR-303 TDM interface **602** from switch **103***b* to the virtual circuit coming through the packet network interface **601** from IAD **105**. The Class 5 switch **103***b* will now perform its Class 5 functions by playing dialtone over the connection, receiving digits, and acting on the digits to route the call to another Class 5 switch **103**.

FIGS. **11**A-D, viewed together, illustrate the interactions within call control module **603** during an outgoing call from the IAD **105** to a Class 5 softswitch **201** using MGCP as the call control protocol. The incoming call begins in FIG. **11**A when the subscriber telephony device **102***a* goes offhook. IAD **105** reports this by sending a Notify (Offhook) message **901** to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the Notify (Offhook) message **901**, which is specific to the IAD protocol, to a LineStatus (Offhook) message **902**, which is one of the internal messages **703**, and passes it on to the Protocol Adapter **704**. Protocol Adapter **704** passes the LineStatus (Offhook) message **902***b* on to peer MGCP Protocol Endpoint **701***c*.

MGCP Protocol Endpoint **701***c* acts on the LineStatus (Offhook) message **902***b* by mapping it to an MGCP-specific Ntfy (Offhook) message **1101**, and sending the Ntfy (Offhook) message **1101** to MGCP softswitch **201**. Softswitch **201** responds to the Ntfy (Offhook) message **1101** with a protocol-specific RqNt message **1102***a* which requests notification when digits have been collected.

In order to collect digits, the MGCP Protocol Endpoint **701***c* establishes a bearer path, connecting one end to IAD Protocol Endpoint **702**. However, the other end of the path is not connected through to the call controller (softswitch **201**). Instead, the other end of the path is connected to a DTMF detector which also plays dialtone. The object interactions required to establish this bearer path are similar to the previous figures, except that MGCP Protocol Endpoint **701***c* asks BearerConnectionMgr **708** to create a connection identifier

which corresponds to dialtone instead of a timeslot assigned by the switch. When the bearer path has been established, MGCP Protocol Endpoint **701** c sends an MGCP Ack message **1103***a* to softswitch **201**.

BearerConnectionMgr **708** will notify Protocol Adapter **704** when the user has finished dialing digits by sending an Event message **1104** containing the digits. Protocol Adapter **704** forwards the Event message **1203**, translated into internal message Event_Notify **1105***a* and **1205***b*, to both peer protocol endpoints. IAD Protocol Endpoint **702** ignores this message, while MGCP Protocol Endpoint **701***c* acts on it by sending a MGCP Ntfy (Digits) message **1106** to softswitch **201**.

MGCP Protocol Endpoint **701***c* calls the Del_DTMF function **1107** in BearerConnectionMgr **708** to remove the DTMF detector from the bearer path. MGCP Protocol Endpoint **701** also notifies Protocol Adapter **704** that the characteristics of the bearer path have changed, by sending a Mod_Bearer_Req message **1108***a*. Protocol Adapter **704** acts on the bearer request by calling the Mod_BPath **1109** function in Call Segment **709**. Call Segment **709** uses the Process_Msg **908** in BearerConnectionMgr **708** to modify the bearer path identifier as requested. When Call Segment **709** has returned, Protocol Adapter **704** notifies MGCP Protocol Endpoint **701***c* that its bearer request has completed by sending MGCP Protocol Endpoint **701***c* a Mod_Bearer_Res message **1110***a*.

At this point, softswitch **201** has processed the dialed digits and is ready to connect the voice gateway **101**, and thus the subscriber telephony device **102***a*, to the remote telephony device. Connecting the two sides of the call is a two-step process, which involves the creation of a receive-only connection which has only a single end (the voice gateway **101**), followed by modification of the same connection in order to add in the remote side. Softswitch **201** obtains the IP address and port of MGCP Protocol Endpoint **701***c* by sending a MGCP CrCx message **1111**. MGCP Protocol Endpoint **701***c* acts on this message by calling GetLocalRtpInfo **1112** in BearerConnectionMgr **708** to get the local IP address and RTP port, then calling AddRtp **1113** to associate this local address/port with the connection identifier already obtained. MGCP Protocol Endpoint **701***c* then sends the address/port back to softswitch **201** in a MGCP Ack message **1103***b* responding to the MGCP CrCx message **1111**.

The processing continues in FIGS. **11**C & **11**D. Softswitch **201** sends a MGCP MdCx message **1114***a* which includes the IP address and port of the remote telephony device. MGCP Protocol Endpoint **701***c* uses the BearerConnectionMgr **708** services Get_Conn **1115** and Mod_Conn **1116** to associate this remote address/port with the connection identifier already obtained, so that the connection identifier now includes both sides of the connection. At this time, the MGCP connection is up, but is configured for receive only.

MGCP Protocol Endpoint **701** once again notifies Protocol Adapter **704** that the characteristics of the bearer path have changed, by sending a Mod_Bearer_Req message **1108***b*. Protocol Adapter **704** acts on the bearer request by calling the Process_Msg **908** function in Call Segment **709**. Call Segment **709** acts on the Mod_Bearer_Req message **1108***b* by calling Mod_BPath **1109** in BearerConnectionMgr **708** to modify the bearer path as requested. When Call Segment **709** has completed, then Protocol Adapter **704** notifies MGCP Protocol Endpoint **701***c* that its bearer request has completed by sending a Mod_Bearer_Res message **1110***b*. MGCP Protocol Endpoint **701** then sends an MGCP Ack message **1103***b* to softswitch **201**, responding to the MGCP MdCx message **1114** message.

15

The softswitch **201** requests the MGCP Protocol Endpoint **701***c* to play ringback tone while waiting on the remote side to go offhook, by sending a MGCP RqNt message **1102***b* and specifying the ringback signal. MGCP Protocol Endpoint **701***c* calls Add_Conn **1117** in BearerConnectionMgr **708** to add ringback tone to the connection identifier. Once again, Protocol Adapter **704** is notified that the characteristics of the bearer path have changed, Protocol Adapter **704** passes this through to Call Segment **709**, and MGCP Protocol Endpoint **701***c* sends an MGCP Ack message **1103***c* to softswitch **201**.

After some period of time, the softswitch **201** requests the MGCP Protocol Endpoint **701***c* to stop playing ringback tone, by sending a RqNt message **1102***c* and specifying no signal. After using the BearerConnectionMgr **708** service Del_Conn **1119** to remove ringback tone from the connection identifier, the MGCP Protocol Endpoint **701***c* notifies Protocol Adapter **704** of the change to the bearer path. As before, Protocol Adapter **704** passes this through to Call Segment **709**, and MGCP Protocol Endpoint **701***c* sends an MGCP Ack message **1103***d* to softswitch **201**.

When the remote side goes offhook, the softswitch **201** modifies the receive-only connection to be send and receive, by sending an MGCP MdCx message **1114***b* message. As before, MGCP Protocol Endpoint **701***c* uses BearerConnectionMgr **708** service Mod_Conn **1116** to modify the connection, this time to send/receive. And once again, MGCP Protocol Endpoint **701***c* notifies Protocol Adapter **704** of the change to the bearer path, Protocol Adapter **704** passes this through to Call Segment **709**, and MGCP Protocol Endpoint **701***c* sends an MGCP Ack message **1103***e* message to softswitch **201**. Finally, the call control is complete.

FIGS. **12**A & B, viewed together, illustrate the interactions within call control module **603** during an incoming call from a switch **103***a* to the IAD **105** using V5 as the call control protocol. The incoming call begins in FIG. **12**A when switch **103***a* sends a protocol-specific BCC_ALLOC message **905** which indicates which timeslot should be connected to the subscriber port that is managed by the peer protocol endpoint.

V5 Protocol Endpoint **701***a* acts on the BCC_ALLOC message **905** by requesting from BearerConnectionMgr **708** a connection identifier corresponding to the timeslot, using the function Create_Conn **906**. V5 Protocol Endpoint **701***a* next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Req message **907***a* to Protocol Adapter **704** (including the connection identifier), as Est_Bearer_Req message **907***b*. Protocol Adapter **704** acts on the bearer request by calling the Process_Msg **908** function in Call Segment **709**. Call Segment **709** acts on the message by using the BearerConnectionMgr **708** function Create_BPath **909** to create a bearer path between V5 Protocol Endpoint **701***a* and IAD Protocol Endpoint **702**.

Call Segment **709** continues processing of the Est_Bearer_Req message **907** by forwarding the message on to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps this message to the IAD-specific message SETUP_IN **1201**, and sends SETUP_IN **1201** on to IAD **105**. After forwarding the Est_Bearer_Req message **907***b*, Call Segment **709** returns to Protocol Adapter **704**.

Protocol Adapter **704** notifies V5 Protocol Endpoint **701***a* that its bearer request has been completed by sending a Est_Bearer_Res message **911***a*. V5 Protocol Endpoint **701***a* then maps this internal message to the V5-specific message BCC_ALLOC_COMP **912**, and sends BCC_ALLOC_COMP **912** to switch **103***a*, informing switch **103***a* that the timeslot has been allocated for the subscriber port managed by the peer protocol endpoint.

16

IAD Protocol Endpoint **702** receives a SETUP_ACK **913** from IAD **105** in response to the SETUP_IN **1201**. IAD Protocol Endpoint **702** acts on this message by calling function Create_Conn **906** in BearerConnectionMgr **708** to request a connection identifier corresponding to the virtual circuit in used by the offhook subscriber. IAD Protocol Endpoint **702** next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Res message **911***b* to Protocol Adapter **704**, including the connection identifier. Protocol Adapter **704** acts on the bearer response by calling Process_Msg **908** in Call Segment **709**. Call Segment **709** acts on Est_Bearer_Res message **911***b* by calling function Connect_BPath **914** in BearerConnectionMgr **708** to connect the bearer path between the two connection identifiers.

The bearer path is now connected between the switch **103***a* and the IAD **105**, but the switch **103***a* hasn't notified the telephony device **102***a* about the call yet. After switch **103***a* receives the BCC_ALLOC_COMP **912** message indicating the timeslot allocation is complete, switch **103***a* sends V5 Protocol Endpoint **701***a* a protocol-specific PSTN_EST message **903**. V5 Protocol Endpoint **701***a* responds by sending a PSTN_EST_ACK message **904** back to switch **103***a*. V5 Protocol Endpoint **701***a* also acts on the PSTN_EST message **903** by mapping it to the internal message LineControl Ring **1202***a*. V5 Protocol Endpoint **701***a* sends the message Line-Control Ring **1202***a* to Protocol Adapter **704**, which forwards the message to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the internal message to the IAD-specific message Notify (Ring) **1203** and sends this to IAD **105**.

When the ringing telephony device goes offhook, the IAD **105** reports this by sending a Notify (Offhook) message **901** to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the Notify (Offhook) message **901**, which is specific to the IAD protocol, to a LineStatus (Offhook) message **902***a*, which is one of the internal messages **703**, and passes it on to the Protocol Adapter **704**. Protocol Adapter **704** passes the message on, as LineStatus (Offhook) message **902***b*, on to peer V5 Protocol Endpoint **701***a*. V5 Protocol Endpoint **701***a* acts on the LineStatus (Offhook) message **902***b* by mapping it to a PSTN_SIGNAL **1204** message, which is specific to the V5 protocol.

At this point, call control is complete. The call control module **603** has connected the particular timeslot coming through the V5 TDM interface **602** from V5 Protocol Endpoint **701***a*, to the virtual circuit coming through the packet network interface **601** from IAD **105**, and the remote telephony device has gone offhook to pick up the call.

FIGS. **13**A & B, viewed together, illustrate the interactions within call control module **603** during an incoming call from a switch **103***b* to the IAD **105** using GR-303 as the call control protocol. The incoming call begins when GR-303 switch **103***b* sends GR303 Protocol Endpoint **701***b* a protocol-specific SETUP message **1001** which indicates which timeslot should be connected to the subscriber port that is managed by the peer protocol endpoint.

GR303 Protocol Endpoint **701***b* acts on the SETUP message **1001** by calling Create_Conn **906** in BearerConnectionMgr **708** to request a connection identifier corresponding to the timeslot. GR303 Protocol Endpoint **701***b* next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Req message **907***a* to Protocol Adapter **704**, including the connection identifier. GR303 Protocol Endpoint **701***b* also sends the protocol-specific ABCD:On-Hook message **1301** to switch **103***b*. Switch **103***b* responds by sending ABCD:LoopCur message **1004** to GR303 Protocol Endpoint **701***b*. GR303 Protocol Endpoint **701***b* doesn't act

US 7,460,520 B2

17

on this message yet, but waits until its bearer request to Protocol Adapter **704** is complete.

Protocol Adapter **704** acts on the bearer request from GR303 Protocol Endpoint **701***b* by calling the Process_Msg **908** function in Call Segment **709**. Call Segment **709** acts on Est_Bearer_Req message **907***a* by using the BearerConnectionMgr **708** function Get_BPath **1005** to get the bearer path identifier representing the path between GR303 Protocol Endpoint **701***b* and IAD Protocol Endpoint **702**.

Call Segment **709** continues processing of the Est_Bearer_Req message **907***a* by forwarding the message on to IAD Protocol Endpoint **702**, as Est_Bearer_Req message **907***b*. IAD Protocol Endpoint **702** maps this message from the common set of internal messages **703** to the IAD-specific message SETUP_IN **1201**, and sends this message on to IAD **105**. Call Segment **709** then returns to Protocol Adapter **704**.

Protocol Adapter **704** notifies GR303 Protocol Endpoint **701***b* that its bearer request has been completed by sending a Est_Bearer_Res message **911***a*. GR303 Protocol Endpoint **701***b* maps this internal message to the GR-303-specific message CONNECT message **1002**, and sends CONNECT message **1002** to switch **103***b*, informing switch **103***b* that the timeslot has been allocated for the offhook subscriber's port.

GR303 Protocol Endpoint **701***b* also acts on the cached ABCD:LoopCur message **1004** by mapping it to the internal message LineControl(LoopCurr) **1007***a* and sending this message to the Protocol Adapter **704**. Protocol Adapter **704** forwards the LineControl(LoopCurr) **1007***a* on to peer IAD Protocol Endpoint **702**, as LineControl(LoopCurr) **1007***b*.

When IAD Protocol Endpoint **702** receives a SETUP_ACK **913** from IAD **105**, IAD Protocol Endpoint **702** acts on this message by calling Create_Conn **906** in BearerConnectionMgr **708** to request the connection identifier corresponding to the virtual circuit used by the offhook subscriber. IAD Protocol Endpoint **702** next begins the process of setting up its half of the bearer connection by sending Est_Bearer_Res message **911***b* to Protocol Adapter **704**, including the connection identifier.

Protocol Adapter **704** acts on the bearer request from IAD Protocol Endpoint **702** by calling the Process_Msg **908** function in Call Segment **709**. Call Segment **709** acts on the message by using the BearerConnectionMgr **708** function Connect_BPath **914** to connect the bearer path between the two connection identifiers.

The bearer path is now connected between the switch **103***b* and the IAD **105**, but the switch **103***b* hasn't notified the remote telephony device about the call yet. At some point after switch **103***b* receives the CONNECT message **1002** indicating the timeslot allocation is complete, Switch **103***b* sends GR303 Protocol Endpoint **701***b* a protocol-specific ABCD:RingOn message **1302**. GR303 Protocol Endpoint **701***b* acts on the protocol-specific message by mapping it to the internal message LineControl Ring **1202**. GR303 Protocol Endpoint **701***b* sends this LineControl Ring **1202***a* message to Protocol Adapter **704**, which forwards the message, as LineControl Ring **1202***b*, to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the internal message to the IAD-specific message Notify (Ring) **1203** and sends this to IAD **105**.

Switch **103***b* also sends GR303 Protocol Endpoint **701***b* a protocol-specific ABCD:LoopCur message **1004**. This message is treated in similar manner: translated to a common LineControl(LoopCurr) **1007** and forwarded all the way through to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the internal message to the IAD-specific message Notify (LoopCurrent) **1303** and sends this to IAD **105**.

18

When the ringing remote telephony device goes offhook, the IAD **105** reports this by sending a Notify (Offhook) message **901** to IAD Protocol Endpoint **702**. IAD Protocol Endpoint **702** maps the Notify (Offhook) message **901**, which is specific to the IAD protocol, to LineStatus (Offhook) message **902***a*, which is one of the internal messages, and passes it on to the Protocol Adapter **704** as LineStatus (Offhook) message **902***b*. Protocol Adapter **704** passes the LineStatus (Offhook) message **902***b* on to peer GR303 Protocol Endpoint **701***b*. GRGR303 Protocol Endpoint **701***b* acts on the LineStatus (Offhook) message **902***b* by mapping it to ABCD: Offhook message **1003**, which is specific to the GR-303 protocol.

At this point, call control is complete. The call control module **603** has connected the particular timeslot coming through the GR-303 TDM interface **602** from switch **103***b* to the virtual circuit coming through the packet network interface **601** from IAD **105**, and the remote telephony device has gone offhook to pick up the call.

FIG. **14** illustrates a method for supporting multiple call control protocols simultaneously in a gateway that connects a local packet network (LPN) and a circuit-switched network. In this example, there are two call controllers and two IAD ports, for a total of four sources of external messages. Each external message source has a corresponding protocol endpoint, so there are also four protocol endpoints. Messages are routed between protocol endpoints appropriately, based on the mapping between endpoints during provisioning. The process begins at step **1401**, where one or more external messages is received from a call controller and mapped to one or more corresponding internal call control messages. At step **1402**, another external message (or messages) from another call controller is received and mapped to one or more corresponding internal call control messages. At step **1403**, one or more external messages is received from an IAD **105** and mapped to one or more corresponding internal call control messages. At step **1404**, each of the internal messages is routed to an appropriate protocol endpoint. The appropriate choice depends on how the protocol endpoints were mapped together during provisioning.

The foregoing description has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obvious modifications or variations are possible in light of the above teachings. The embodiments discussed, however, were chosen and described to illustrate the principles of the invention and its practical application to thereby enable one of ordinary skill in the art to utilize the invention in various embodiments and with various modifications as are suited to the particular use contemplated. All such modifications and variation are within the scope of the invention as determined by the appended claims when interpreted in accordance with the breadth to which they are fairly and legally entitled.

Therefore, having thus described the invention, at least the following is claimed:

**1**. An apparatus connecting a local packet network (LPN) and a circuit-switched network, the apparatus comprising:

a first protocol endpoint configured to receive at least one first external call control message of a first protocol from a first call controller associated with the circuit-switched network and to map the at least one first external call control message to at least one corresponding first internal call control message of an internal protocol;

a second protocol endpoint configured to receive at least one second external call control message of a second protocol from an integrated access device (IAD) associated with the LPN and to map the at least one second

**19**

external call control message to at least one corresponding second internal call control message of an internal protocol; and

a protocol adapter configured to receive the first and the second internal call control messages and to route the at least one first internal call control message to the second protocol endpoint and the at least one second internal call control message to the first protocol endpoint;

wherein the first protocol endpoint is further configured to receive the at least one second internal call control message and to map the at least one second internal call control message to a third external call control message of the first protocol, and

wherein the second protocol endpoint is further configured to receive the at least one first internal call control message and to map the at least one first internal call control message to a fourth external call control message of the second protocol.

**2**. The apparatus of claim **1**, further comprising a third protocol endpoint configured to receive at least one fifth external call control message of a third protocol from a second call controller and to map the fifth external call control message to at least one corresponding third internal call control message of the internal protocol, wherein the protocol adapter is further configured to receive the third internal call control message and to route the third internal call control message to an appropriate one of the first and second protocol endpoints.

**3**. The apparatus of claim **1**, wherein the first protocol endpoint is further configured to receive at least one third internal call control message of the internal protocol from the protocol adapter and to map the at least one third internal call control message to at least one corresponding fifth external call control message of the first protocol for transmission to the first call controller.

**4**. The apparatus of claim **1**, further comprising a bearer connection manager configured to manage each of a plurality of bearer connections, wherein each of the plurality of bearer connections comprises at least two connection points.

**5**. The apparatus of claim **4**, wherein the bearer connection manager is capable of at least one of creating the bearer connection, destroying the bearer connection, connecting the at least two connection points in the bearer connection, adding a connection point to the bearer connection, deleting the connection point from the bearer connection, and modifying the characteristics of the bearer connection.

**6**. The apparatus of claim **4**, further comprising a call segment configured to connect and to disconnect the at least two connection points in the bearer connection.

**7**. The apparatus of claim **6**, wherein the call segment is further configured to process a set of bearer-related messages.

**8**. The apparatus of claim **1**, further comprising:

a first interface, configured to receive a first plurality of voice packets from the LPN and to transmit a second plurality of voice packets to the LPN;

a second interface, configured to receive a first plurality of voice timeslots from the circuit-switched network and to transmit a second plurality of voice timeslots to the circuit-switched network;

a first converter, configured to receive the first plurality of voice packets from the first interface and to convert the first plurality of voice packets to the second plurality of voice timeslots; and

a second converter, configured to receive the first plurality of voice timeslots from the second interface and to convert the first plurality of voice timeslots to the second plurality of voice packets.

**20**

**9**. The apparatus of claim **1**, wherein the first external call control message is a General Requirements 303 (GR-303) message.

**10**. The apparatus of claim **1**, wherein the first external call control message is a European Telecommunications Standards Institute (ETSI) V5 message.

**11**. The apparatus of claim **1**, wherein the first external call control message is a Media Gateway Control Protocol (MGCP) message.

**12**. The apparatus of claim **1**, wherein the first external call control message is a Session Initiation Protocol (SIP) message.

**13**. The apparatus of claim **1**, wherein the first external call control message is a H.248 message.

**14**. An apparatus connecting a local packet network (LPN) and a circuit-switched network and capable of supporting multiple call control protocols simultaneously, the apparatus comprising:

a first call control protocol endpoint configured to exchange a first plurality of external call control messages of a first protocol associated with the first call control protocol endpoint with a first call controller associated with the circuit-switched network, and further configured to map external call control messages of the first protocol to corresponding internal call control messages of an internal protocol;

a second call control protocol endpoint configured to exchange a second plurality of external call control messages of a second protocol associated with the second call control protocol endpoint with a second call controller, and further configured to map external call control messages of the second protocol to corresponding internal call control messages of the internal protocol;

a third call control protocol endpoint configured to exchange a third plurality of external call control messages of a third protocol associated with the third call control protocol endpoint with an integrated access device (IAD) associated with the LPN, and further configured to map external call control messages of the third protocol to corresponding internal call control messages of the internal protocol; and

a protocol adapter configured to receive internal call control messages from the first, second and third call control protocol endpoints, and further configured to route each of the internal call control messages received from one of the call control protocol endpoints to another of the call control protocol endpoints, wherein the another call control protocol endpoint is configured to map the routed internal call control message to a corresponding external call control message of the protocol associated with the another call control protocol endpoint.

**15**. The apparatus of claim **14**, wherein the first external call control message is a General Requirements 303 (GR-303) message.

**16**. The apparatus of claim **14**, wherein the first external call control message is a European Telecommunications Standards Institute (ETSI) V5 message.

**17**. The apparatus of claim **14**, wherein the first external call control message is a Media Gateway Control Protocol (MGCP) message.

**18**. A method for supporting multiple call control protocols simultaneously in a gateway that connects a local packet network (LPN) and a circuit-switched network, the method comprising:

receiving at least one first external call control message from a first call controller associated with the circuit-

US 7,460,520 B2

21

switched network, the at least one first external call control message of a protocol associated with the first call controller;

mapping the at least one first external call control message to at least one corresponding first internal call control message of an internal protocol;

receiving at least one second external call control message from a second call controller, the at least one second external call control message of a protocol associated with the second call controller;

mapping the at least one second external call control message to at least one corresponding second internal call control message of the internal protocol;

receiving at least one third external call control message from an integrated access device (IAD) associated with the LPN, the at least one third external call control message of a protocol associated with the IAD;

mapping the at least one third external call control message to at least one corresponding third internal call control message of the internal protocol;

routing the at least one first internal call control message for mapping to a corresponding fourth external call control message of the protocol associated with either the second call controller or the IAD;

routing the at least one second internal call control message for mapping to a corresponding fifth external call control message of the protocol associated with either the first call controller or the IAD; and

routing the at least one third internal call control message for mapping to a corresponding sixth external call control message of the protocol associated with either the first or second call controllers.

**19**. The method of claim **18**, further comprising managing each of a plurality of bearer connections wherein each of the plurality of bearer connections comprises at least two connection points.

**20**. The method of claim **18**, further comprising:

receiving a first plurality of voice packets from the LPN;

transmitting a second plurality of voice packets to the LPN;

receiving a first plurality of voice timeslots from the circuit-switched network;

transmitting a second plurality of voice timeslots to the circuit-switched network;

converting the first plurality of voice packets to the first plurality of voice timeslots; and

converting the second plurality of voice timeslots to the second plurality of voice packets.

**21**. The method of claim **18**, wherein the first external call control message is a Generic Requirements 303 (GR-303) message.

**22**. The method of claim **18**, wherein the first external call control message is a European Telecommunications Standards Institute (ETSI) V5 message.

**23**. The method of claim **18**, wherein the first external call control message is a Media Gateway Control Protocol (MGCP) message.

**24**. The method of claim **18**, wherein the first external call control message is a Session Initiation Protocol (SIP) message.

**25**. A system for supporting multiple call control protocols simultaneously in a gateway that connects a local packet network (LPN) and a circuit-switched network, the system comprising:

means for exchanging a first plurality of call control messages with a first call controller associated with the cir-

22

cuit-switched network, the first plurality of call control messages of a protocol associated with the first call controller;

means for mapping each of the first plurality of call control messages received from the first call controller to a corresponding internal call control message of an internal protocol;

means for mapping each of the first plurality of call control messages sent to the first call controller from a corresponding routed internal call control message of the internal protocol;

means for exchanging a second plurality of call control messages with a second call controller, the second plurality of call control messages of a protocol associated with the second call controller;

means for mapping each of the second plurality of call control messages received from the second call controller to a corresponding internal call control message of the internal protocol;

means for mapping each of the second plurality of call control messages sent to the second call controller from a corresponding routed internal call control message of the internal protocol;

means for exchanging a third plurality of call control messages of a third protocol with an integrated access device (IAD) associated with the LPN, the third plurality of call control messages of a protocol associated with the IAD;

means for mapping each of the third plurality of call control messages received from the IAD to a corresponding internal call control message of the internal protocol;

means for mapping each of the third plurality of call control messages sent to the IAD from a corresponding routed internal call control message of the internal protocol; and

means for routing each of the internal call control messages from one of the means for mapping from received call control messages to a predetermined one of the means for mapping to sent call control messages.

**26**. A computer readable storage medium containing program code for controlling a method for supporting multiple call control protocols simultaneously in a voice-over-packet (VoP) media gateway that connects a local packet network (LPN) and a circuit-switched network, the program code comprising logic configured to perform the steps of:

receiving at least one first external call control message of a first protocol from a first call controller associated with the circuit-switched network;

mapping the at least one first external call control message to at least one corresponding first internal call control message of an internal protocol;

receiving at least one second external call control message of a second protocol from a second call controller;

mapping the at least one second message to at least one corresponding second internal call control message of the internal protocol;

receiving at least one third external call control message of a third protocol from an integrated access device (IAD) associated with the LPN;

mapping the at least one third external call control message to at least one corresponding third internal call control message of the internal protocol;

routing the at least one first internal call control message for mapping to at least one corresponding fourth external call control message of the second or third protocol;

routing the at least one second internal call control message for mapping to at least one corresponding fifth external call control message of the first or third protocol; and

US 7,460,520 B2

23

routing the at least one third internal call control message for mapping to at least one corresponding sixth external call control message of the first or second protocol.

**27**. An apparatus connecting a local packet network (LPN) and a circuit-switched network, the apparatus comprising:

a plurality of protocol endpoints, each protocol endpoint configured to receive external call control messages of an external protocol associated with the protocol endpoint and to map the external call control messages to corresponding internal call control messages of an internal protocol for routing to another of the plurality of protocol endpoints, each endpoint further configured to receive routed internal call control messages of the internal protocol and to map the routed internal call control

24

messages to corresponding external call control messages of the external protocol associated with the protocol endpoint,

wherein at least one of the plurality of protocol endpoints is configured to receive the external call control messages from a first call controller associated with the circuit-switched network and

at least a second of the plurality of protocol endpoints is configured to receive the external call control messages from an integrated access device (IAD) associated with the LPN; and

a protocol adapter configured to route the internal call control messages from the mapping protocol endpoint to the another protocol endpoint.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,460,520 B2                                              Page 1 of 13
APPLICATION NO.     : 10/463964
DATED               : December 2, 2008
INVENTOR(S)         : Cody et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the drawings
Replace Figures 6B, 7, 10A, 11A, 11B, 11D, 12A, 12B, 13A, and 13B with replacement Figures 6B, 7, 10A, 11A, 11B, 11D, 12A, 12B, 13A, and 13B attached to this certificate, as shown

In column 2, line 49: delete "supports both both packet" and replace with --supports both packet--

In column 3, line 8: delete "FIGS. 12A & 13B are" and replace with --FIGS. 12A & 12B are--

In column 5, line 13: delete "voice gateway 105" and replace with --voice gateway 101--

In column 7, line 40: delete "referred to as IP over ATM" In that" and replace with --referred to as "IP over ATM". In that--

In column 8, line 48: delete "Voice gateway 101" and replace with --Voice gateway 101b--

In column 10, line 7: delete "as shown by links 701a and 702a." and replace with --as shown by links 701e and 702e.--

In column 10, line 10: delete "link Call Segment 709a" and replace with --link 709a--

In column 10, line 27: delete "Endpoints: 801a-d and 802a-d." and replace with --Endpoints: 701a-d and 702a-d.--

In column 11, line 2: delete "endpoints use a internal message" and replace with --endpoints use an internal message--

In column 12, line 24: delete "LineStatus (Offhook) message 902," and replace with --LineStatus (Offhook) message 902a,--

Signed and Sealed this
Thirtieth Day of August, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**
U.S. Pat. No. 7,460,520 B2

In column 12, line 61: delete "TAD-specific message SETUP_OUT 915" and replace with
--IAD-specific message SETUP_OUT 910--

In column 13, line 5: delete "Protocol Adapter 704" and replace with --Protocol Endpoint 701b--

In column 13, lines 7 and 8: delete "LineControl(LoopCurr) 1007a" and replace with
--LineControl(LoopCur) 1007a--

In column 13, lines 10 and 12: delete "(LoopCurr) 1007b" and replace with --(LoopCur) 1007b--

In column 13, line 42: delete "begins in FIG. 11A" and replace with --begins in FIG. 11B--

In column 13, line 48: delete "902, which is one of" and replace with --902a, which is one of--

In column 14, line 8: delete "Event message 1203" and replace with --Event message 1104--

In column 14, line 9: delete "Event_Notify 1105a and 1205b" and replace with --Event_Notify 1105a
and 1105b--

In column 14, lines 16 and 44: delete "Protocol Endpoint 701" and replace with --Protocol Endpoint
701c--

In column 14, line 64: delete "Mod_Bearer_Res message 1110b" and replace with
--Mod_Bearer_Res message 1118--

In column 14, lines 66-67: delete "MdCx message 1114 message." and replace with --MdCx message
1114a.--

In column 15, line 5: delete "Add_Conn 1117" and replace with --Add_Conn_PT 1119--

In column 15, line 8: delete "have changed Protocol Adapter" and replace with
--have changed (1120), Protocol Adapter--

In column 15, lines 14-15: delete "service Del_Conn 1119 to remove" and replace with
--service Del_Conn_PT 1121 to remove--

In column 15, line 25: delete "service Mod_Conn 1116 to modify" and replace with
--service Mod_Conn_PT 1116 to modify--

In column 15, lines 45-46: delete "connection identifier), as Est_Bearer_Req message 907b." and
replace with --connection identifier).--

In column 16, line 6: delete "circuit in used by" and replace with --circuit used by--

In column 16, line 27: delete "the message to IAD" and replace with --the message 1202b to IAD--

**CERTIFICATE OF CORRECTION (continued)**                    Page 3 of 13
**U.S. Pat. No. 7,460,520 B2**

In column 17, line 53: delete "LineControl Ring 1202" and replace with --LineControl(Ring) 1202a--

In column 17, line 63: delete "LineControl(LoopCurr) 1007" and replace with --LineControl(LoopCur) 1007a--

In column 17, line 64: delete "Endpoint 702." and replace with --Endpoint 702 as LineControl(LoopCur) 1007b.--

In column 17, line 66: delete "Notify (LoopCurrent) 1303 and" and replace with --Notify(Ring) 1203 and--

In column 18, lines 7-8: delete "Adapter 704 as LineStatus (Offhook) message 902b. Protocol" and replace with --Adapter 704. Protocol--

**U.S. Patent**          Dec. 2, 2008          Sheet 4 of 19          **7,460,520 B2**



**CERTIFICATE OF CORRECTION (continued)**                         Page 5 of 13

**U.S. Patent**          Dec. 2, 2008          Sheet 5 of 19          **7,460,520 B2**



FIG. 7

**U.S. Patent**          Dec. 2, 2008          Sheet 9 of 19          **7,460,520 B2**



**FIG. 10A**

SOFTSWITCH 201
MGCP PEP 701C
BEARER CONN MGR 708
PROTOCOL ADAPTER 704
1101
NTFY(O:L/HD)
LINESTATUS(OFFHOOK)
RQNT(DT,DTMAP)
906
CREATE_CONN(TS)
902B
1102A
RETURN(CLID1)
EST_BEARER_REQ(CLID1)
907A
EST_BEARER_RES(OK)
ACK
1011A
906
CREATE_CONN(PVC)
1103A
RETURN(CLID2)
909
CONN_BPATH
RETURN(OK)
1105A
1104
EVENT(DIGITS)
1106
EVENT_NOTIFY(DIGITS)
NTFY(DIGITS)
REMOVE DTMF, MODIFY CONN
1107
DEL_DTMF
1108A
MOD_BEARER_REQ(CLID1)
1109
MOD_BPATH(BPID)
RETURN(OK)
1110A
MOD_BEARER_RES(OK)
CRCX(M:RXONLY)
GETLOCALRTPINFO
1111
1112
RETURN(LIPINFO)
1113
ADD_RTP
1003B
RETURN(OK)
ACK(CONNID)

FIG. 11A

**U.S. Patent**          Dec. 2, 2008          **Sheet 12 of 19**          **7,460,520 B2**



**FIG. 11B**

**U.S. Patent**          Dec. 2, 2008          **Sheet 14 of 19**          **7,460,520 B2**



## FIG. 11D

**U.S. Patent**          Dec. 2, 2008          **Sheet 15 of 19**          **7,460,520 B2**



**FIG. 12A**

**U.S. Patent**          Dec. 2, 2008          **Sheet 16 of 19**          7,460,520 B2



**FIG. 12B**



GR303 SWITCH 103B
GR303 PEP 701B
BEARER CONN MGR 708
PROTOCOL ADAPTER 704
1001
SETUP
906
CREATE_CONN(TS)
RETURN(CLID1)
907A
1301
ABCD:ONHOOK
EST_BEARER_REQ(CLID1)
ABCD:LOOPCUR
LINECONTROL
(LOOPCUR)
1005
GET_BPATH
1004
RETURN(BPID)
1007A
911A
EST_BEARER_RES(OK)
CONNECT
1002
906
CREATE_CONN(PVC)
RETURN(CLID2)
914
CONN_BPATH
1302
ABCD:RINGON
1202A
LINECONTROL(RING)
ABCD:LOOPCUR
LINECONTROL(LOOPCUR)
1004
1007A
902B
LINESTATUS(OFFHOOK)
ABCD:OFFHOOK
1003
FULL BEARER CONNECTION

**FIG. 13A**

**U.S. Patent**          Dec. 2, 2008          **Sheet 18 of 19**          **7,460,520 B2**



**FIG. 13B**