IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOD STACK LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-152-RGA |
| | ) | |
| FUZE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SUBSTITION AND WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Andrew E. Russell, of the law firm Shaw Keller LLP,

hereby enters his appearance on behalf of Defendant Fuze, Inc. ("Fuze"). Pursuant to Local

Rule 83.7, Michael J. Flynn of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby

withdraws his appearance on behalf of Fuze.


SHAW KELLER LLP

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

*Attorneys for Defendant Fuze, Inc.*

Dated: April 16, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Michael J. Flynn (No. 5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9661
mflynn@mnat.com