IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Mod Stack LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Fuze, Inc.,**<br><br>Defendant. | Case No. 1:20-cv-00152-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mod Stack LLC., hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: June 4, 2020        Respectfully submitted,

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
**Stamoulis & Weinblatt LLC**
800 N West Street, Third Floor
Wilmington, DE 19809
(302) 999-1540
Stamoulis@swdelaw.com

**Counsel for Plaintiff
Mod Stack LLC**

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 4, 2020, via the Court's CM/ECF system.

                                                      */s/ Stamatios Stamoulis*
                                                      Stamatios Stamoulis

SO ORDERED this ___5___ day of __June_____, _2020_.

                                                  /s/ Richard G. Andrews  
                                                  UNITED STATES DISTRICT JUDGE